```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 14852
    RENE M NEELY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-8407


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/10/2008 and was not confirmed.

     The case was dismissed without confirmation 10/09/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------

WASHINGTON MUTUAL BANK    CURRENT MORTG        .00          .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE        .00          .00            .00
GMAC                      SECURED VEHIC   26650.08          .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG        .00          .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED          .00            .00
CITI CARDS                UNSECURED      NOT FILED          .00            .00
EMCC-MH HOMES LLC         UNSECURED      NOT FILED          .00            .00
FIRST SAVINGS CREDIT CAR  UNSECURED      NOT FILED          .00            .00
HSBC BANK                 UNSECURED      NOT FILED          .00            .00
CBUSA SEARS               UNSECURED      NOT FILED          .00            .00
GERALDINE RANDALE         NOTICE ONLY    NOT FILED          .00            .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED          .00            .00
GMAC                      UNSECURED      NOT FILED          .00            .00
WASHINGTON MUTUAL BANK    SECURED NOT I   31272.98          .00            .00
JAMES M PHILBRICK         COST OF COLLE     500.00          .00            .00
LVNV FUNDING              UNSECURED         454.24          .00            .00
SALLIE MAE/UNITED STUDEN  UNSECURED       99356.66          .00            .00
PHILIP A IGOE             DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------     ---------------
TOTALS                          .00                 .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14852 RENE M NEELY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE